UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS, et al.,

        Plaintiffs,                            Case No. 17-cv-11742
                                                    Hon. Mark A. Goldsmith

vs.

DETROIT DOWNTOWN
DEVELOPMENT AUTHORITY,
et al.

        Defendants.
_____/

**ORDER REGARDING SCHEDULE**

As discussed at a June 16, 2017 status conference with the parties, Defendants will file a motion by 9:00 P.M. on today's date setting forth good cause for why this Court should accelerate the briefing and hearing schedules on their motion to dismiss (Dkt. 32).  See also E. D. Mich. LR 1.2, 7.1(e).  Plaintiffs may file a response by 12:00 P.M. on June 17, 2017.  No reply is permitted.  The filings shall not exceed seven pages exclusive of attachments.

The hearing on Plaintiff's motion for preliminary injunction (Dkt. 8), currently set for June 19, 2017 at 9:30 A.M., is moved to 12:00 P.M. on the same date.

        SO ORDERED.

Dated:  June 16, 2017                              s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                 United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 16, 2017.

                                                                s/Karri Sandusky
                                                                Case Manager