# EXHIBIT A

**KOTZ SANGSTER WYSOCKI P.C.**
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Downtown Development Authority - Detroit

500 Griswold Street, Suite 2200
Detroit MI 48226

Page: 1
June 16, 2017

Invoice #: 400484

*PAYMENT IS DUE WITHIN 30 DAYS OF INVOICE DATE*

*If you have a question concerning this invoice please contact:*
*Accounting @ 313-259-8300*



# KOTZ SANGSTER WYSOCKI P.C.
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Downtown Development Authority - Detroit
c/o Denise Hundley
500 Griswold Street, Suite 2200
Detroit MI 48226

2779-148M

Invoice #: 401790

Davis & Wilcoxon

## Legal services rendered through 06/30/2017:



Downtown Development Authority - Detroit

Davis & Wilcoxon

| | Rate | Hours |
|---|---|---|
| ███████ | ██ | █ |
| ██████████ | | |
| ██████████ | █ | █ |
| ██████████ | █ | █ |
| ██████████ | █ | █ |
| ██████████ | █ | █ |
| ██████████ | █ | █ |
| ██████████ | ██ | █ |
| ██████████ | █ | █ |
| ██████████ | █ | █ |
| ██████████ | ██ | █ |
| ██████████ | █ | █ |
| ██████████ | █ | █ |
| ██████████ | █ | █ |

Downtown Development Authority - Detroit

Invoice #: 401790

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| | | | |
| ▮ | ▮▮▮▮▮ | ▮ | ▮ |
| | ▮▮▮▮▮ | | |
| | ▮▮▮▮ | | |
| ▮ | ▮▮▮▮▮ | ▮ | ▮ |
| | ▮▮▮▮ | ▮ | ▮ |

06/13/2017
| | | | |
|---|---|---|---|
| ▮ | ▮▮▮▮ | | |
| | ▮▮▮ | | |
| ▮ | ▮▮▮▮▮ | ▮ | ▮ |
| | | ▮ | ▮ |

JMS — Review brief from David Fink; draft response; review amended complaint;

**1.5 Sanction**

| | | 330.00 | 3.40 |
|---|---|---|---|
| ▮ | ▮▮▮▮ | | |
| | ▮▮▮ | ▮ | ▮ |

06/14/2017
| | | | |
|---|---|---|---|
| ▮ | ▮▮▮▮ | | |
| | ▮▮▮ | | |
| | ▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮ | | |

; draft sanctions

**JMS1. Sanction**

motion     330.00     2.40

06/15/2017
AMS

letters; review

**.5 Sanction AMS**

documents filed by plaintiffs;

TPP    Draft motion for sanctions,     245.00     1.80

Downtown Development Authority - Detroit

Invoice #: ▮▮▮▮ 401790

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| | | | **5.5 Sanction TP** |
| JMS | draft response to plaitniffs motions regarding motion to strike, | 170.00 | 6.50 |
| | ▮▮▮▮▮▮▮▮ | | |
| | draft sanctions motion; review papers filed by plaintiff; | 330.00 | **1.5 Sanction JMS** 3.70 |
| 06/16/2017 | | | |
| AMS | Review Second Motion for Sanctions and make edits; | | |
| | ▮▮▮▮▮▮▮▮ | 245.00 | **1.0 Sanction AMS** 1.40 |
| ▮ | ▮▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮ | | |
| ▮ | ▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮ | ▮ | ▮ |

Downtown Development Authority - Detroit

Davis & Wilcoxon

06/20/2017



Downtown Development Authority - Detroit

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|



**Miscellaneous costs expended through 06/30/2017:**

Downtown Development Authority - Detroit

Invoice #: 401790

Davis & Wilcoxon

**KOTZ SANGSTER WYSOCKI P.C.**
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Downtown Development Authority - Detroit
c/o Denise Hundley
500 Griswold Street, Suite 2200
Detroit MI 48226

Page: 1
August 16, 2017
2779-148M
Invoice #:          404547

Davis & Wilcoxon

**Legal services rendered through 07/31/2017:**



| | Rate | Hours |
|---|---|---|

07/04/2017

JMS       telephone call with Anthony Sciara; review
sanctions; draft Reply Brief                    330.00      1.20

Downtown Development Authority - Detroit

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| █ | ██████████████████ | | |
| | ██████████████ | | .5 Sanction AMS |
| | ; and review and edit reply brief on sanctions motion | | |
| TPP | Draft reply brief for motion for sanctions ████ | 245.00 | 2.50 |
| JMS | Review re: sanctions after dismissal; ████ | 170.00 | 1.30 |
| | ██████████ | 330.00 | 2.90 .5 Sanction JMS |
| ████ | ██████████████ | | |
| █ | ████████████ | █ | █ |
| 07/07/2017 | | | |
| TPP | Draft reply brief for second motion for sanctions | 170.00 | 0.40 |
| ████ | ████████████ | █ | █ |
| AMS | Review, edit, and modify reply brief on second sanctions motion | 245.00 | 0.20 |
| TPP | Draft reply brief on motion for sanctions | 170.00 | 1.50 |
| █ | ██████████████ | █ | █ |
| █ | ██████████████ | █ | █ |
| ████ | ████████████ | █ | █ |
| 07/14/2017 | | | |
| TPP | Draft and research motion for sanctions | 170.00 | 2.20 |
| █ | ██████ | █ | █ |
| 07/16/2017 | | | |
| TPP | Draft Motion for Sanctions | 170.00 | 1.00 |
| 07/17/2017 | | | |
| TPP | Draft and research sanctions motion. Research viability of various legal theories as the basis for the motion ████ | 170.00 | 5.20 |

Downtown Development Authority - Detroit

Davis & Wilcoxon

|  |  | Rate | Hours |
|---|---|---|---|
| **07/18/2017** | | | |
| AMS | Strategy conference with Tyler Phillips regarding sanctions motion ███ | 245.00 | 0.20 |
| ███ | ████████████████████████████████ | ███ | ███ |
| ███ | █████████████████████ | | |
| **07/19/2017** | | | |
| ███ | ████████████████ Motion for Sanctions ███ | 330.00 | 0.40 |
| **07/20/2017** | | | |
| TPP | Research possible additional legal bases for sanctions. revise and draft motion for sanctions | 170.00 | 3.00 |
| **07/21/2017** | | | |
| TPP | Draft and finalize motion for sanctions | 170.00 | 2.00 |
| AMS | Review and edit cumulative motion for sanctions; strategy conferences with Tyler Phillips regarding the same | 245.00 | 0.30 |
| ████ ██ | ███████████████████████████████ | ███ | ███ |
| | ████████████████████ | ███ | ███ |
| ████ ██ | ████████ ; draft sanctions motion; ████████ | 330.00 | 0.70 |
| **07/26/2017** | | | |
| TPP | Review and revise sanctions motion consistent with D. Fink comments | 170.00 | 1.00 |
| AMS | Strategy conference regarding sanctions motion; review emails and edited motion regarding the same | 245.00 | 0.30 |
| JMS | Review correspondence; revisions to sanctions motion | 330.00 | 0.40 |
| **07/28/2017** | | | |
| TPP | Telephone Conference call regarding sanctions | 170.00 | 0.50 |
| ███ | ████████████████████ | ███ | ███ |
| ████ ██ | ████████████████████████ | ███ | ███ |
| | ████████████████ | ███ | ███ |
| | | ███ | ███ |

**Miscellaneous costs expended through 07/31/2017:**

| 07/01/2017 | ██████████████████████████████████████ | ███ |

Downtown Development Authority - Detroit

Davis & Wilcoxon

Page: 4
August 16, 2017
2779-148M
Invoice #:        404547

**KOTZ SANGSTER WYSOCKI P.C.**
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Page: 1
September 13, 2017

Downtown Development Authority - Detroit


500 Griswold Street, Suite 2200
Detroit MI 48226

Invoice #:          406257

Davis & Wilcoxon

**Legal services rendered through 08/31/2017:**

| | | | Rate | Hours |
|---|---|---|---|---|

Downtown Development Authority - Detroit

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| 08/29/2017 | | | |
| TPP | Draft and brief rule 11 motion and second motion for sanctions | 170.00 | 3.00 |
| 08/30/2017 | | | |
| TPP | Draft and brief rule 11 motion and second motion for sanctions | 170.00 | 2.50 |
| 08/31/2017 | | | |
| AMS | Multiple strategy conferences regarding 1927 Motion for Sanctions and Rule 11 Motion for Sanctions and Motion for Appeal Bond; Draft, review, edit, modify, and conduct research in connection with 1927 Motion for Sanctions, Rule 11 Motion for Sanctions, and Motion for Appeal Bond | 245.00 | 2.70 |
| TPP | Draft and brief rule 11 motion and second motion for sanctions | 170.00 | 2.50 |

**Miscellaneous costs expended through 08/31/2017:**

*313-259-8300*

**KOTZ SANGSTER WYSOCKI P.C.**
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Detroit Brownfield Redevelopment Authority

500 Griswold Street, Suite 2200
Detroit MI 48226

Invoice #: 401791

Davis & Wilcoxon

<u>**Legal services rendered through 06/30/2017:**</u>



Detroit Brownfield Redevelopment Authority

Davis & Wilcoxon



Detroit Brownfield Redevelopment Authority

Invoice #: ██████ 401791

Davis & Wilcoxon



| | Rate | Hours |
|---|---|---|
| JMS | ██ | ██ |
| telephone conference call with David Fink; draft response; review amended complaint; | | **1.5 Sacntion** |
| | 330.00 | 3.30 |
| | | ██ |
| | ██ | ██ |
| | ██ | ██ |
| | ██ | ██ |
| | ██ | ██ |
| JMS | | |
| motion          draft sanctions | | **1.0 Sanction  -JMS** |
| | 330.00 | 2.40 |
| documents filed by plaintiffs;          review | | **.5 Sanction - AMS** |
| | 245.00 | 1.80 |

Detroit Brownfield Redevelopment Authority

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| | ██████████████ | ██████ | ████ |
| JMS | Prep for hearing; review 10 B6 Motion; telephone conference call; ████████████████ | | |
| | ███████ elephone call to Drew Paterson; draft sanctions motion; review papers filed by plaintiff; | | 2.0 Sanction JMS |
| | ████████████ | 330.00 | 3.70 |
| 06/16/2017 | | | |
| AMS | Review Second Motion for Sanctions and make edits; | | |
| | | 245.00 | 1.0 - AMS |

Detroit Brownfield Redevelopment Authority

Davis & Wilcoxon



|  | | Rate | Hours |
|---|---|---|---|

**Miscellaneous costs expended through 06/30/2017:**

**KOTZ SANGSTER WYSOCKI P.C.**
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Detroit Brownfield Redevelopment Authority

500 Griswold Street, Suite 2200
Detroit MI 48226

Davis & Wilcoxon

### Legal services rendered through 07/31/2017:



|  | Rate | Hours |
|---|---|---|

Detroit Brownfield Redevelopment Authority

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| ▇ | ▇▇▇▇▇▇▇▇▇ | | .5 AMS |
| | ▇▇▇▇▇▇▇▇ and review and edit reply brief on sanctions motion | 245.00 | 2.50 |
| TPP | Draft reply brief for motion for sanctions | 170.00 | 1.30 |
| ▇ | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| ▇▇ | ▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ |
| | | ▇ | ▇ |
| 07/07/2017 TPP | Draft reply brief for second motion for sanctions | 170.00 | 0.30 |
| ▇▇ | ▇▇▇▇▇▇ | ▇ | ▇ |
| AMS | Review, edit, and modify reply brief on second sanctions motion | 245.00 | 0.20 |
| ▇ | ▇▇▇▇▇▇ reply re: sanctions | 330.00 | 2.90 |
| TPP | Draft reply brief on motion for sanctions | 170.00 | 1.50 |
| ▇ | ▇▇▇▇▇▇ | ▇ | ▇ |
| ▇▇ | ▇▇▇▇▇▇ | ▇ | ▇ |
| ▇▇ | ▇▇▇ | ▇ | ▇ |
| TPP | Draft and research motion for sanctions | 170.00 | 2.30 |
| 07/16/2017 TPP | Draft Motion for Sanctions | 170.00 | 1.00 |
| ▇▇ | ▇▇▇▇▇▇ | | |

Detroit Brownfield Redevelopment Authority

Davis & Wilcoxon

| | | | |
|---|---|---|---|
| AMS | Strategy conference with Tyler Phillips regarding sanctions motion | 245.00 | 0.20 |
| | Motion for Sanctions | 330.00 | 0.40 |
| **07/20/2017** | | | |
| TPP | Research possible additional legal bases for sanctions. revise and draft motion for sanctions | 170.00 | 3.00 |
| **07/21/2017** | | | |
| TPP | Draft and finalize motion for sanctions | 170.00 | 2.00 |
| AMS | Review and edit cumulative motion for sanctions; strategy conferences with Tyler Phillips regarding the same | 245.00 | 0.30 |
| | draft sanctions motion; | 330.00 | 0.70 |
| **07/26/2017** | | | |
| TPP | Review and revise sanctions motion consistent with D. Fink comments | 170.00 | 1.00 |
| AMS | Strategy conference regarding sanctions motion; review emails and edited motion regarding the same | 245.00 | 0.30 |
| JMS | evisions to sanctions motion | 330.00 | 0.40 |
| **07/28/2017** | | | |
| TPP | Telephone call with regarding sanctions | 170.00 | 0.50 |

Detroit Brownfield Redevelopment Authority

Davis & Wilcoxon

**Miscellaneous costs expended through 07/31/2017:**



*PAYMENT IS DUE WITHIN 30 DAYS OF INVOICE DATE*

*If you have a question concerning this invoice please contact:*
*Accounting @ 313-259-8300*

**KOTZ SANGSTER WYSOCKI P.C.**
Attorneys and Counselors at Law
400 Renaissance Center, Suite 3400
Detroit, MI 48243
Phone: (313) 259-8300
TIN: 38-2208205

Detroit Brownfield Redevelopment Authority
███████████████

500 Griswold Street, Suite 2200
Detroit MI 48226

Davis & Wilcoxon

**Legal services rendered through 08/31/2017:**



Detroit Brownfield Redevelopment Authority

Invoice #: ████ 406072

Davis & Wilcoxon

| | | Rate | Hours |
|---|---|---|---|
| ████ | ████████ | ████ | ██ |

**08/29/2017**
TPP — Draft and brief rule 11 motion and second motion for sanctions — 170.00 — 3.00

**08/30/2017**
TPP — Draft and brief rule 11 motion and second motion for sanctions — 170.00 — 2.50

**08/31/2017**
AMS — Multiple strategy conferences regarding 1927 Motion for Sanctions and Rule 11 Motion for Sanctions and Motion for Appeal Bond; Draft, review, edit, modify, and conduct research in connection with 1927 Motion for Sanctions, Rule 11 Motion for Sanctions, ████████████ — 245.00 — 2.70

TPP — Draft and brief rule 11 motion and second motion for sanctions — 170.00 — 2.50

████ ████

**Miscellaneous costs expended through 08/31/2017:**



*PAYMENT IS DUE WITHIN 30 DAYS OF INVOICE DATE*

*If you have a question concerning this invoice please contact:*
*Accounting @ 313-259-8300*