UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS, et al.,

        Plaintiffs,                           Case No. 17-cv-11742
                                                 Hon. Mark A. Goldsmith

vs.

DETROIT DOWNTOWN
DEVELOPMENT AUTHORITY, et al.,

        Defendants.
_____/

**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STRIKE (Dkt. 90)**

This matter is now before the Court on Defendants' Emergency Motion to Strike (Dkt. 90). A telephonic hearing on the motion was held on March 1, 2018. In accordance with the discussions at the hearing, it is hereby ordered:

1. Plaintiffs' response to the affidavits (Dkt. 89) and Plaintiffs' response to the emergency motion (Dkt. 92) are stricken.

2. The parties shall confer regarding the matters discussed at this hearing, and determine how to proceed regarding the issue of attorneys' fees. The parties shall participate in a conference call with the Court on March 12, 2018 at 10 a.m. to discuss their progress.

3. The transcript of the March 1, 2018 telephonic hearing shall be filed under seal, for the reasons provided on the record at the hearing.

4. Neither Plaintiffs nor Mr. Paterson will discuss with the media any of the statements made in Plaintiffs' response to the affidavits (Dkt. 89) that were the subject to the motion to strike and defined at the March 1, 2018 telephonic hearing, other than to comment in the form of a retraction.

5. If approached by the media regarding these statements, Mr. Fink and Mr. Sangster may deny their veracity.

    SO ORDERED.

Dated: March 1, 2018                                s/Mark A. Goldsmith
    Detroit, Michigan                           MARK A. GOLDSMITH
                                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 1, 2018.

s/Karri Sandusky
Case Manager
