# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ROBERT DAVIS,**
and
**D. ETTA WILCOXON,**
      Plaintiffs,

Case No. 17-cv-11742
HON. MARK A. GOLDSMITH

v

**DETROIT DOWNTOWN DEVELOPMENT AUTHORITY, DETROIT BROWNFIELD REDEVELOPMENT AUTHORITY, DETROIT CITY COUNCIL and CHRISTA MCCLELLAN, TREASURER**
      Defendants.

_____/

Andrew A. Paterson (P18690)
Attorney for Plaintiffs
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com

FINK + ASSOCIATES LAW
David H. Fink (P28235)
Darryl Bressack (P67820)
Attorneys for Detroit Downtown
Development Authority and Detroit Brownfield
Redevelopment Authority
38500 Woodward Ave.; Suite 350
Bloomfield Hills, Michigan 48304
Tel: 248.971.2500; Fax: 248.971.2600
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Kotz Sangster Wysocki P.C.
Jeffrey M. Sangster (P30791)
R. Edward Boucher (P57251)
Dennis K. Egan  (P29116)
Attorneys for Defendants
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300
degan@kotzsangster.com
rboucher@kotzsangster.com
jsangster@kotzsangster.com

Charles D. Raimi (P 29746)
James D. Noseda (P52563)
Supervising Assistant Corporation
Counsel
City of Detroit Law Department
Attorneys for Detroit City Council &
Christa McClellan, Treasurer
Coleman A. Young Municipal Building
2 Woodward Ave., 5th Floor
Detroit, Michigan 48226
Dir. Tel. 313-237-3057
nosej@detroitmi.gov
RaimiC@detroitmi.gov

_____/

# **DECLARATION OF ANDREW A. PATERSON**

Andrew A. Paterson, makes the following Declaration under the penalty of perjury pursuant to 28 USC§1746:

1. The facts set forth in the Motion for Reconsideration are true and accurate.

2. I was unable to make the sanction award payment of in the amount ordered by the Court as I did not possess liquid assets that could fund such, nor did I hold any accounts receivable from clients that would facilitate payments of such amount.

3. I have paid other sanction awards in other matters that I was able to pay or schedule payments upon.

4. I have never, previous to the receipt for the amount for full payment of the award, had a client that **advanced** me a fee.

5. In recent years my litigation practice has been either contingent or (mostly) *pro bono*. The fees that I do receive are mostly awarded after successful Open Meeting cases and Freedom of Information cases and they have been mostly modest. I have not received any material fee for the numerous election law cases that I have brought to enforce the election law against those that violate it.

6. My spouse has maintained my household and personal expenses and management throughout our 55 year marriage. I transfer monies net of expenses to her as I earn them and have done so for 55 years,

7. I did not transfer any monies to my spouse to avoid payment of this award or any other sanction award.

8. I offered candid testimony about my financial condition during my creditors exam, Defendant's counsel had a complete picture of my finances but were selective and misleading in identifying my financial condition in their motion for contempt.

I declare under penalty of perjury that the foregoing is true and correct,

10 Oct 2021                                           S/ *Andrew A. Paterson*
                                                      Andrew A. Paterson