UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS, et al.,

      Plaintiffs,

vs.

DETROIT DOWNTOWN
DEVELOPMENT AUTHORITY, et al.,

      Defendants.
_____/

Case No. 17-cv-11742
HON. MARK A. GOLDSMITH

**ORDER AUTHORIZING DEFENDANTS' RESPONSE TO ATTORNEY ANDREW PATERSONS'S MOTION FOR RECONSIDERATION (Dkt. 146)**

Defendants Detroit Downtown Development Authority and Detroit Brownfield Redevelopment Authority are authorized to file a response to Attorney Andrew Paterson's motion for reconsideration of the Court's 9/24/21 opinion and order (Dkt. 146) no later than October 27, 2021.

      SO ORDERED.

Dated: October 13, 2021
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge