UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS and D. ETTA WILCOXON,

    Plaintiffs,

v.

DETROIT DOWNTOWN DEVELOPMENT AUTHORITY, DETROIT BROWNFIELD REDEVELOPMENT AUTHORITY, et al.,

    Defendants.

Case No. 17-cv-11742
Hon. Mark A. Goldsmith

**STIPULATION AND ORDER REQUIRING PAYMENT OF SANCTIONS BY ANDREW PATERSON**

WHEREAS, on September 24, 2021, this Court entered an Opinion & Order Granting Defendants' Motion Requesting Additional Sanctions for Contempt (the "September 24 Order") (ECF 145);

WHEREAS, in the September 24 Order, the Court ordered Defendants Detroit Downtown Development Authority and Detroit Brownfield Redevelopment Authority ("Defendants") to file an affidavit or declaration setting forth certain fees and costs incurred, and gave Andrew Paterson an opportunity to file a response;

WHEREAS, on October 14, 2021, Defendants filed their affidavit pursuant to the September 24 Order (ECF 150) and Mr. Paterson filed his response on October

1

28, 2021 (ECF 152);

WHEREAS, the Court scheduled an evidentiary hearing to be held on January 21, 2022 to address the amount of fees and costs to be awarded to Defendants (ECF 153);

WHEREAS, Mr. Paterson and Defendants have agreed that in order to avoid the need to proceed with the evidentiary hearing, Mr. Paterson shall pay to Defendants $10,859.38 in full satisfaction of the Court's September 24 Order (Mr. Paterson shall pay $5,000 to Defendants within 7 days of entry of this Order and he shall pay the remaining balance ($5,859.38) to Defendants within 60 days of entry of this Order);

WHEREAS, Mr. Paterson waives all defenses to payment of the $10,859.38 amount, including, but not limited to, inability to pay;

WHEREAS, Mr. Paterson agrees to withdraw his Motion for Reconsideration of the Court's September 24, 2021 Opinion and Order (ECF 146); and

WHEREAS, Mr. Paterson agrees that if he fails to make the full payment of $10,859.38 within 60 days of entry of this Order, he stipulates to the entry of a judgment in favor of Defendants against Mr. Paterson for the full amount claimed by Defendants ($21,718.75).

THEREFORE, it is stipulated and agreed by counsel for the parties, that:

Andrew Paterson shall pay to Defendants $10,859.38 in full satisfaction of the

Court's September 24 Order (Mr. Paterson shall pay $5,000 to Defendants within 7 days of entry of this Order and he shall pay the remaining balance ($5,859.38) to Defendants within 60 days of entry of this Order). If Mr. Paterson fails to make the full payment of $10,859.38 within 60 days of entry of this order, a judgment shall enter in favor of Defendants against Mr. Paterson for the full amount claimed by Defendants ($21,718.75).

It is further ordered that Andrew Paterson's Motion for Reconsideration of the Court's September 24, 2021 Opinion and Order (ECF 146) is withdrawn.

**SO ORDERED**

Dated:  January 20, 2022                                s/Mark A. Goldsmith
       Detroit, Michigan                                 MARK A. GOLDSMITH
                                                      United States District Judge

**STIPULATED TO AND APPROVED BY:**

January 19, 2022

**ANDREW A. PATERSON**

/s/ Andrew A Paterson (with permission)
Andrew A. Paterson (P18690)
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com

*Counsel for Plaintiffs*

4

| | |
|---|---|
| **KOTZ SANGSTER WYSOCKI P.C.** | **FINK BRESSACK** |
| | /s/ Nathan J. Fink |
| Jeffrey M. Sangster (P30791) | Nathan J. Fink (P75185) |
| 400 Renaissance Center, Suite 3400 | 38500 Woodward Ave., Suite 350 |
| Detroit, Michigan 48243 | Bloomfield Hills, Michigan 48304 |
| Tel. 313.259.8300 | Tel: 248.971.2500 |
| jsangster@kotzsangster.com | nfink@finkbressack.com |

*Counsel for Defendants*